## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 6:16-cv-01384-RWS-KNM |
| | ) | |
| | ) | |
| ASUS COMPUTER INTERNATIONAL, | ) | |
| INC. AND ASUSTEK COMPUTER, INC. | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

### UNOPPOSED MOTION FOR TWO-WEEK EXTENSION OF TIME

Defendants ASUS Computer International, Inc. and ASUSTeK Computer, Inc. ("Defendants") file this unopposed request for a two-week extension to file a Response to Plaintiff Blue Spike, LLC's Motion for Default Judgment (Dkt. 11).  Plaintiff's Motion was served on Defendants on August 28, 2017, making Defendants' response due on September 11, 2017.  Defendants seek a two-week extension, making the new deadline for their response September 25, 2017.  Counsel for all parties have met and conferred and believe an additional two weeks would be beneficial to all parties.

DATED:  September 11, 2017

Respectfully submitted,

ERISE IP, P.A.


By: /s/ *Michelle L. Marriott*
Michelle L. Marriott
Texas Bar No. 24043802
Eric A. Buresh
ERISE IP, P.A.
6201 College Blvd., Suite 300
Overland Park, Kansas  66211
(913) 777-5600

(913) 777-5601 – fax
michelle.marriott@eriseip.com

*Attorneys for Defendants ASUS Computer*
*International, Inc. and ASUSTeK Computer, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record have been served with a copy

of this document via the Court's CM/ECF service on this 11th day of September, 2017.

/s/ *Michelle L. Marriott*
Michelle L. Marriott