NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: BLUE SPIKE, LLC,**
*Petitioner*

---

2018-139

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 6:16-cv-01384-RWS-KNM, Judge Robert Schroeder III.

---

**ON PETITION AND MOTION**

---

**O R D E R**

Upon consideration of Blue Spike, LLC and ASUS Computer International, Inc.'s joint motion to withdraw the above-captioned case,

IT IS ORDERED THAT:

(1) The motion is granted. The petition is withdrawn.

(2) Each side shall bear its own costs.

2 IN RE: BLUE SPIKE, LLC

FOR THE COURT

<u>Jun 11, 2018</u>  <u>/s/ Peter R. Marksteiner</u>
　　Date  　Peter R. Marksteiner
　　　　　　　　Clerk of Court

s31